**Cedric HOLMAN, Appellant,**

v.

**COCA–COLA ENTERPRISES, INC., doing business as Central States Coca Cola Bottling Company, Appellee.**

No. 06–3443.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 20, 2007.

Filed: Dec. 28, 2007.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Cedric Holman appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action against his former employer, Coca–Cola Enterprises, Inc. Having carefully reviewed the record and considered Holman's arguments, we find no basis for

---

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.

1. The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

reversal. *See Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (de novo standard of review). To the extent Holman is attempting to challenge the orders denying his motion to appoint counsel, motion to compel, and motion to amend his complaint, we conclude the district court did not abuse its discretion. *See Phillips v. Jasper County Jail,* 437 F.3d 791, 794 (8th Cir.2006) (there is no constitutional or statutory right to appointed counsel in civil case; relevant factors and standard of review); *Sallis v. Univ. of Minn.,* 408 F.3d 470, 477 (8th Cir.2005) (review of discovery rulings is narrow and deferential); *Bediako v. Stein Mart, Inc.,* 354 F.3d 835, 841 (8th Cir.2004) (district court did not abuse its broad discretion in denying plaintiff's motion for leave to amend complaint where litigation process was already in advanced stage and plaintiff sought to add theories not presented in original complaint).

Accordingly, we affirm. *See* 8th Cir. R. 47B.